UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Javad Dadgostari, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 8:23-cv-02217-CJC-JDE |
| v. | |
| Robey Azadpour et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING [4] |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Javad Dadgostari is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: December 1, 2023

United States District

☐ DENIED

Comments:

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING