AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Javad Dadgostari

*Plaintiff(s)*

v.

Robey Azadpour;
Ezad (aka "Izad") Azadpour;
Ladan G. Jahanpasand; AND
Abolfateh (aka "Amir") Marand, Jointly and Severally,

*Defendant(s)*

Civil Action No. 8:23-cv-02217-CJC-(JDE)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robey Azadpour -- 4402 GLENN ROSE ST, FAIRFAX, VA 22032-1225

Ezad Azadpour (aka "Izad") -- 4402 GLENN ROSE ST, FAIRFAX, VA 22032-1225

Abolfateh (aka "Amir") Marand -- Maine Street Mini Mart, 602 E Maine Ave, Enid OK 73701

Ladan G. Jahanpasand -- Abu-Rayhan, Saadi St. Senator 21, Tabriz, Iran 5166618515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Javad Dadgostari
215 South Festival Drive
#207
Anaheim Hills, CA 92808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 24, 2024



*Trina DeBose*

*Signature of Clerk or Deputy Clerk*