LAW OFFICES OF JUSTIN J. SHRENGER
Justin J. Shrenger (State Bar No. 151252)
4601 Wilshire Boulevard, Suite 240
Los Angeles, California 90010-3883
Telephone: (213) 625-8886
Facsimile:  (213) 625-1388
E-Mail:     mail@shrenger.com

Attorneys for defendants Robey Azadpour,
Izad Azadpour and Abolfateh Marand

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAVAD DADGOSTARI, | CASE NO.  8:23-cv-02217-CJC-(JDEx) |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE AND INTENT TO FILE MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| ROBEY AZADPOUR; EZAD (aka "IZAD") AZADPOUR; LADAN G. JAHANPASAND; and ABOLFATEH (aka "AMIR") MARAND, | |
| Defendants. | |

*NOTICE OF APPEARANCE*
NTC 240252 EXT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE this Firm is appearing on behalf of defendant Robey Azadpour, Izad Azadpour and Abolfateh Marand ("collectively, Defendants"). To date, the Complaint herein has only been served upon one of the Defendants.

The Complaint filed herein is violative of Rule 11 of the Federal Rules of Civil Procedure in several different ways, and the Defendants intend to file a motion pursuant to the aforementioned Rule 11 seeking to strike the Complaint, impose sanctions upon the plaintiff herein, and to dismiss this Action in its entirety.. As soon as all Defendants have been served, the Defendants will, give the statutorily required "safe harbor" notice to Plaintiff, prior to which they cannot file their Rule 11 Motion. As soon as such "safe harbor" time period has elapsed, Defendants will file their Rule 11 Motion as well as a Motion to Dismiss for want of personal jurisdiction pursuant to F.R.C.P 12(b)(2).

Respectfully submitted,

Dated:  February 5, 2024        LAW OFFICES OF JUSTIN J. SHRENGER

By_____
Justin J. Shrenger
Attorneys for defendants Robey Azadpour, Izad Azadpour and Abolfateh Marand

1

NOTICE OF APPEARANCE

1    I hereby certify that on February 5, 2024, I electronically filed the foregoing
2    with the Clerk of the Court using the CM/ECF system which will send
3    notification of such document to the Electronic Service List for the case.

Respectfully submitted,

Dated:  February 5, 2024            LAW OFFICES OF JUSTIN J. SHRENGER

By_____
        Justin J. Shrenger
Attorneys for defendants Robey Azadpour,
Izad Azadpour and Abolfateh Marand