(Name / Nombre): Javad Dadgostari
(Address / Dirección): 215 South Festival Dr. # 207
(Address / Dirección): Anaheim Hills, CA 92808
(Phone / Teléfono): 714-747-3503
(Email / Correo electrónico): lolincro@msn.com

Plaintiff in Pro Per
(Plaintiff / Demandante or Defendant / Demandado)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javad Dadgostari, | Case No.: 8:23-CV-02217-CJC (JDEx) |
| Plaintiff, | (número de caso) |
| vs. | |
| Robey Azadpour, et al. | **REQUEST FOR EXTENSION** |
| | (Solicitud de Extensión) |
| Defendant(s). | |

1. I, Javad Dadgostari, am the (check one / seleccione uno)
   (name / nombre)

   ■ Plaintiff (Demandante) in this case.

   ☐ Defendant (Demandado) in this case.

Revised: October 2023
Form Prepared by Public Counsel
© 2011-2023 Public Counsel.
All Rights Reserved

1

Request for Extension

2. I respectfully request an extension of time to file:
   *(Respetuosamente solicito una extensión de tiempo para entregar lo siguiente:)*

   ☐ Response to Complaint *(Respuesta a la demanda)*

   ☐ Opposition to Motion to Dismiss *(Oposición a la moción para desestimar)*

   ☐ Opposition to Motion for Summary Judgment *(Oposición a la moción para juicio sumario)*

   ☐ Other document *(Otro documento)*:
   Proof of Service, Currently being processed by the Fairfax, Virginia, Sheriff's office.

3. The above-referenced document(s) is/are currently due on:

   __February 25, 2024__
   *(insert date/s / indique fecha límite actual)*

4. I have received ___0___ prior extensions in this case.
   *(insert number of prior extensions granted / inserte el número de extensiones otorgadas previamente)*

5. This extension is necessary because I am a pro se litigant and:
   *(Esta extensión es necesaria porque no tengo un abogado y):*

   ☐ I need more time to do research on my case.
   *(Necesito más tiempo para investigar.)*

   ☐ I need more time to schedule an appointment with the pro se clinic.
   *(Necesito más tiempo para hacer una cita con la clínica pro se.)*

   ☐ I need more time to write my document(s).
   *(Necesito más tiempo para escribir mis documentos.)*

   ☐ I need more time to look for an attorney to represent me.
   *(Necesito más tiempo para conseguir a un abogado.)*

(Please use the area below to provide more details about your situation. Please be as detailed as possible about why you cannot meet the current deadline.)

*(Favor de usar esta área para proporcionar más detalles sobre su situación. Sea lo más detallado posible sobre por qué no puede cumplir con la fecha límite actual.)*

1. Plaintiff had to wait about a month to serve because, according to a family member, Defendants may have been out of the country.

2. The USPS lost Plaintiff's summons and complaint to the Fairfax, VA, Sheriff, Priority mailed, on 01/26/2024 to serve Defendants Robey and Izad Azadpour. Plaintiff re-mailed overnight 02/05/24, now awaiting POS from Sheriff's office.

6. Therefore, I ask that the Court grant me an additional __30__ days to file the document(s) listed above.
(# of days / número de días extras que quiere solicitar)

Date: __February 19, 2024__     (signature / firma) *[signed]*
(fecha)

Javad Dadgostari
(name / nombre)

__Plaintiff__ in Pro Per
(indicate Plaintiff or Defendant / indique Plaintiff o Defendant)

3
Request for Extension

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Javad Dadgostari,

Plaintiff,

vs.

Robey Azadpour, et al.

Defendant(s).

Case No.: 8:23-CV-02217-CJC (JDEx)

**(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION**

Having considered __Plaintiff__ 's Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. __Plaintiff__ has _____ days from the date
(indicate Plaintiff or Defendant)   (# of days)

of this order to file Proof of Service _____

_____

_____

DATED: _____      Signed: _____

Hon. __Cormac J. Carney__
(insert Judge's name)

Revised: October 2023
Form Prepared by Public Counsel
© 2011-2023 Public Counsel. All Rights Reserved

1
(Proposed) Order