AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Abolfateh ( AKA "Amir") Marand

was received by me on *(date)* 1-29-2024 .

☒ I personally served the summons on the individual at *(place)* Main Street Mini Mart at 1602 E Maine Ave Enid, OK 73701        on *(date)* 1-30-2024   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-30-2024

*Server's signature*

Chase Bennett  Deputy
*Printed name and title*

Garfield County Sheriff
216 West Oxford
Enid, OK. 73701

*Server's address*

Additional information regarding attempted service, etc:

## Documents Being Served

**Defendant:** Abolfateh (AKA "Amir") Marand
**Address:**   Main Street Mini Mart at 1602 E Maine Ave, Enid, OK 73701

1. Summons

2. Complaint

3. Notice of Interested Parties

4. CV – 60

5. ADR

6. Notice to Proceed before a Magistrate Judge

7. Civil Cover Sheet