# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD DADGOSTARI<br><br>Plaintiff(s),<br><br>v.<br><br>ROBEY AZADPOUR, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23-cv-02217-CJC-JDE<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: ___2/19/2024___

Document No.: ___15___

Title of Document: ___Proof of Service Summons and Complaint___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11-3.8 title page is missing, incomplete, or incorrect.

Proof of service was not made pursuant to FRCP 5(b)(2)(D). The clerk's office is not a party in the case and was not served.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 20, 2024          By: _/s/ *Trina DeBose  trina_debose@cacd.uscourts.gov*_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS