# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Javad Dadgostari, 

Plaintiff,

vs.

Robey Azadpour, et al.,

Defendant(s).

Case No.: 8:23-CV-02217-CJC (JDEx)

**ORDER GRANTING REQUEST FOR EXTENSION** [14]

Having considered ____Plaintiff____'s Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. ____Plaintiff____ has __30__ days from the date
(indicate Plaintiff or Defendant)      (# of days)

of this order to file __Proof of Service__

DATED: __February 20, 2024__   Signed: _____

Hon. __Cormac J. Carney__
(insert Judge's name)
United States District Judge

Revised: October 2023
Form Prepared by Public Counsel
© 2011-2023 Public Counsel. All Rights Reserved