Javad Dadgostari
lolincro@msn.com
215 South Festival Drive
#207 Anaheim Hills, CA 92808
714-747-3503

Plaintiff in Pro Pe

# THE UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javad Dadgostari ) | Case No.: 8:23-cv-02217-CJC-(JDEx) |
| ) | Judge: Hon. Cormac Carney |
| Plaintiff, Pro Per ) | |
| ) | |
| v. ) | |
| ) | |
| Robey Azadpour; ) | |
| Ezad (aka Izad) Azadpour; ) | |
| Ladan G. Jahanpasand; AND ) | |
| Abolfateh (aka "Amir") Marand ) | |
| ) | |
| ) | **PLAINTIFF'S PROOF OF SERVICE** |
| Jointly and Severally, ) | **OF SUMMONS AND COMPLAINT ON** |
| ) | **DEFENDANT ROBEY AZADPOUR** |
| Defendants. ) | Courtroom 9 B |

Pg. 1/5

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Robey Azadpour

was received by me on (date)

☑ I personally served the summons on the individual at (place) 4402 Glen Rose St., Long Branch, Fairfax County VA 22032    on (date) 2-14-24 @0657 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____

on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 2-14-24 @0657

Server's signature

PFC Grasser, J
Printed name and title

Fairfax County Sheriff's Office

Fairfax County Sheriff's Office
4110 Chain Bridge Road
Fairfax, VA 22030

Additional information regarding attempted service, etc:

Pg. 2/5




## OFFICE OF THE SHERIFF
COUNTY OF FAIRFAX
Stacey A. Kincaid, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703) 246-3227
Fax (703) 691-9513

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

RE: Javad Dadgostari VS: Robey Azadpour

Case Number: 8:23-cv-02217-CJC-JDE

Before me, the undersigned authority, personally appeared PFC J. Grosser, a person competent to make oath, and who by me being duly sworn, deposes and says:

That this Summons, Complaint, Notice of Interested Parties, CV – 60, ADR, Notice to Proceed before a Magistrate Judge and Civil Cover Sheet came to hand on February 9, 2024 at 12:57PM and executed by delivering Robey Azadpour, IN PERSON at 4402 Glenn Rose Street, Fairfax, Virginia 22032, County of Fairfax, Commonwealth of Virginia, on February 14, 2024 at 8:57AM, a true copy of the above mentioned process.

STACEY A. KINCAID, SHERIFF
FAIRFAX COUNTY, VIRGINIA

_PFC Grosser 947/5_
Deputy Sheriff

Sworn to before me this 16 day of February, 2024.

_Jessica Rocha_
Notary Public

My commission expires: 7/31/26

Pg. 3/5

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California 

Javad Dadgostari

*Plaintiff(s)*

v.

Robey Azadpour;
Ezad (aka "Izad") Azadpour;
Ladan G. Jahanpasand; AND
Abolfateh (aka "Amir") Marand, Jointly and Severally,

*Defendant(s)*

Civil Action No. 8:23-cv-02217-CJC-(JDEx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robey Azadpour – 4402 GLENN ROSE ST, FAIRFAX, VA 22032-1225

Ezad Azadpour (aka "Izad") – 4402 GLENN ROSE ST, FAIRFAX, VA 22032-1225

Abolfateh (aka "Amir") Marand – Maine Street Mini Mart, 602 E Maine Ave, Enid OK 73701

Ladan G. Jahanpasand – Abu-Rayhan, Saadi St. Senator 21, Tabriz, Iran 5166618515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javad Dadgostari
215 South Festival Drive
#207
Anaheim Hills, CA 92808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 24, 2024      *Trina DeBoss*
                            *Signature of Clerk or Deputy Clerk*

pg. 4/5

I hereby certify that I electronically filed the foregoing, on March 21, 2024, with the Clerk of the Court, using the CM/ECF System, which will send notification of such document(s) to the Electronic Service List for the case.

Respectfully submitted,                                    Dated: March 21, 2024

*/s/ Javad Dadgostari*

Javad Dadgostari
Plaintiff, Pro Se
Dadgostari v. Azadpour
Case # **8:23-cv-02217-CJC-(JDEx)**
215 S. Festival Dr.
Unit # 207
Anaheim Hills, CA 92808
Tel: 714-747-3503
Email: lolincro@msn.com