UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02217-CJC-JDE | Date | March 22, 2024 |
| Title | Javad Dadgostari v. Robey Azadpour et al | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PARTIAL DISMISSAL FOR LACK OF PROSECUTION**

Plaintiffs are required to prosecute their cases diligently. That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing claims against a defendant that the plaintiff has chosen not to pursue for any reason.

Here, Plaintiff has filed a proof of services as to **Defendants Abolfateh Marand, Robey Azadpour and Ezad Azadpour** yet the deadline for that Defendants' response to the Complaint has passed and Plaintiff has taken no action.   Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **March 29, 2024** why **these Defendants** should not be dismissed from this action for lack of prosecution.   As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default **as to these Defendants** or these Defendants' Answer

2. A stipulation extending these Defendants' time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal **of these Defendants** (Fed. R. Civ. P. 41).

No oral argument will be heard on this matter unless ordered by the Court.   The Order will stand submitted upon the filing of a timely and appropriate response.   Failure to file a timely and appropriate response to this Order may result in dismissal of Plaintiff's claims against these defendants.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | rrp |