Revised: October 2023



# Federal *Pro Se* Clinic

CENTRAL DISTRICT OF CALIFORNIA: WESTERN DIVISION

## ◘ How Can I Request an Extension to File a Document? ◘

If you need more time to file a document with the Court, you can ask the judge in your case to grant you an extension of time.

**\*\* WARNING \*\***  You <u>cannot</u> use this guide, or the accompanying forms, to extend your statute of limitations. Meaning, you must file and serve your case within the time required by law.

## What Papers Must I File to Request an Extension?

To request an extension of time to file a particular document, you will need to prepare the following documents, which are included with this guide:

1. Request for Extension
2. (Proposed) Order
3. Proof of Service by Mail

## Description of Each Document

### Document #1 - Request for Extension

This is your actual request for additional time. Below, we go paragraph by paragraph, listing the information you need to include:

1. Explain to the court who you are. Write your name. Tell the judge if you are the plaintiff or the defendant.

2. What document do you need to file? Provide enough detail so the judge understands what document is due.

3. What is the current deadline for the document? In other words, what is your current due date?

4. Has the judge ever granted you an extension before this one? If so, put in the number of times you have requested and received an extension in this case. If you have never asked for one before, just put a zero in the space provided.

5. Tell the judge why you need an extension. You can check off as many options as apply to your situation, but make sure to write even more - use the blank lines to give the judge extra details.

6. Tell the judge how many additional days you are requesting.

Federal Pro Se Clinic • Roybal Courthouse • 255 East Temple Street, Suite 170 • Los Angeles, CA 90012 • (213) 385-2977 ext. 270
Open on most Mondays, Wednesdays, and Fridays. By appointment only.

**THE FEDERAL *PRO SE* CLINIC IS A PROJECT OF PUBLIC COUNSEL, A NON-PROFIT PUBLIC INTEREST LAW FIRM.**

1

*Guide Prepared by Public Counsel.*
*© 2020 Public Counsel. All Rights Reserved.*

Revised: October 2023

**Document #2: (Proposed) Order**

This is an order for the judge to sign if he or she wants to grant your Request for Extension. You write this order as if you were the judge. Do not sign or date the proposed order—instead, you leave a space for the judge's signature and date.

**Document #3: Proof of Service by Mail**

In this document, you or someone else will swear to the Court that you have mailed a copy of the Request for Extension to the opposing counsel or unrepresented party.

# Filing and Serving Your Request for Extension

When you have filled out all of your documents, you must file them with the Civil Intake Division of the Court. File **1 original** and **1 copy** of each document with the Civil Intake Division. The clerk will stamp and return to you that **1 copy.** Make sure you keep it as proof that you filed your document.

In addition, send **1 copy** of each document to the opposing counsel or unrepresented party by mail on the same day that you file. This copy does not need to have the clerk's stamp on it.

You may file your Request for Extension with the Court in person or by mail. Keep in mind that mailing your Request for Extension may delay the date on which it is filed.

The addresses for the Civil Intake Division for the Central District of California courthouses are as follows:

| **LOS ANGELES** | **SANTA ANA** | **RIVERSIDE** |
|---|---|---|
| United States Courthouse | United States Courthouse | United States Courthouse |
| Central District of California | Central District of California | Central District of California |
| 255 East Temple St., Ste TS-134 | Southern Division | Eastern Division |
| Los Angeles, CA 90012 | 411 West Fourth St., Ste 1053 | 3470 Twelfth St., Rm. 134 |
| | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Federal Pro Se Clinic • Roybal Courthouse • 255 East Temple Street, Suite 170 • Los Angeles, CA 90012 • (213) 385-2977 ext. 270
Open on most Mondays, Wednesdays, and Fridays. By appointment only.

**THE FEDERAL *PRO SE* CLINIC IS A PROJECT OF PUBLIC COUNSEL, A NON-PROFIT PUBLIC INTEREST LAW FIRM.**

2

1 (Name / Nombre):_____

2 (Address / Dirección):_____

3 (Address / Dirección):_____

4 (Phone / Teléfono): _____

5 (Email / Correo electrónico): _____

6 _____ in Pro Per
(Plaintiff / Demandante or Defendant / Demandado)

7

8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 _____,      Case No.: _____
                                                    (número de caso)
12         Plaintiff,

13     vs.                              **REQUEST FOR EXTENSION**
                                        (Solicitud de Extensión)
14 _____

15 _____,

16         Defendant(s).

17

18

19
   1.    I, _____, am the (*check one / seleccione uno*)
20                *(name / nombre)*

21         □ Plaintiff *(Demandante)* in this case.

22
           □ Defendant *(Demandado)* in this case.
23

24

25

26

27

28

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2011-2023 Public Counsel.*
*All Rights Reserved*

1
Request for Extension

2. I respectfully request an extension of time to file:
   *(Respetuosamente solicito una extensión de tiempo para entregar lo siguiente:)*

   ☐ Response to Complaint *(Respuesta a la demanda)*

   ☐ Opposition to Motion to Dismiss *(Oposición a la moción para desestimar)*

   ☐ Opposition to Motion for Summary Judgment *(Oposición a la moción para juicio sumario)*

   ☐ Other document *(Otro documento)*:

   _____

   _____

   _____

   _____

3. The above-referenced document(s) is/are currently due on:

   _____.
   (insert date/s / indique fecha límite actual)

4. I have received _____ prior extensions in this case.
   (insert number of prior extensions granted / inserte el número de extensiones otorgadas previamente)

5. This extension is necessary because I am a pro se litigant and:
   *(Esta extensión es necesaria porque no tengo un abogado y):*

   ☐ I need more time to do research on my case.
   *(Necesito más tiempo para investigar.)*

   ☐ I need more time to schedule an appointment with the pro se clinic.
   *(Necesito más tiempo para hacer una cita con la clínica pro se.)*

   ☐ I need more time to write my document(s).
   *(Necesito más tiempo para escribir mis documentos.)*

   ☐ I need more time to look for an attorney to represent me.
   *(Necesito más tiempo para conseguir a un abogado.)*

(Please use the area below to provide more details about your situation. Please be as detailed as possible about why you cannot meet the current deadline.)

*(Favor de usar esta área para proporcionar más detalles sobre su situación. Sea lo más detallado posible sobre por qué no puede cumplir con la fecha límite actual.)*

_____

_____

_____

_____

_____

6. Therefore, I ask that the Court grant me an additional _____
(# of days / número de días extras que quiere solicitar)

days to file the document(s) listed above.

Date: _____       _____
      (fecha)                         (signature / firma)

                                           _____
                                           (name / nombre)

                                _____ in Pro Per
                                (indicate Plaintiff or Defendant / indique Plaintiff o Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| _____, | Case No.: _____ |
|---|---|
| Plaintiff, | |
| vs. | **(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION** |
| _____ | |
| _____, | |
| Defendant(s). | |

Having considered _____'s Request,
(indicate Plaintiff or Defendant )

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. _____ has _____ days from the date
(indicate Plaintiff or Defendant)        (# of days)

of this order to file _____

_____

_____.

DATED: _____    Signed: _____

                                Hon. _____
                                      (insert Judge's name)

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2011-2023 Public Counsel. All Rights Reserved*

1
(Proposed) Order

(Name / Nombre):_____

(Address / Dirección):_____

(Address / Dirección):_____

(Phone / Teléfono): _____

(Email / Correo electrónico): _____

_____ in Pro Per
(Plaintiff / Demandante or Defendant / Demandado)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____, 

    Plaintiff,

    vs.

_____
_____
_____
_____
_____,

    Defendant(s).

Case No.: _____
              (número de caso)

**PROOF OF SERVICE BY MAIL**
(Prueba de Servicio por Correo)

I, _____, declare as follows:
        (name / nombre)

My address is *(mi dirección es)* _____

_____, which is located in the county where the mailing described below took place.

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2011-2023 Public Counsel. All Rights Reserved*

1
Proof of Service

On _____, I served the documents described as:
(date of mailing / fecha de envío)

1. REQUEST FOR EXTENSION
(la solicitud de extensión)

2. (PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION
(orden propuesta otorgando la solicitud de extensión)

_____
(list the names of any other documents you are mailing / agregue los nombres de cualquier otro documento que envíe)

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
(city and state of mailing / ciudad y estado de envío)
addressed to:

_____(name/nombre)   _____(name/nombre)

_____(address/dirección)   _____(address/dirección)

_____(address/dirección)   _____(address/dirección)

_____(address/dirección)   _____(address/dirección)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____.
(date / fecha)   (city and state of signing / ciudad y estado donde se firmó)

_____
(signature / firma)

_____
(print name / imprima su nombre)