# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Javad Dadgostari,

　　　　Plaintiff,

vs.

Robey Azadpour, et al.

_____,

　　　　Defendant(s).

Case No.: 8:23-cv-02217-CJC-JDE

**ORDER GRANTING**

**REQUEST FOR EXTENSION**

Having considered __Plaintiff__'s Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. __Plaintiff__ has __45__ days from the date
(indicate Plaintiff or Defendant)　　(# of days)

of this order to file __Proof of Service__

DATED: April 1, 2024　　　　Signed _____
　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　(insert Judge's name)

Revised: October 2023
Form Prepared by Public Counsel
© 2011-2023 Public Counsel. All
Rights Reserved