```
FILED
CLERK, U.S. DISTRICT COURT
APR 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

Javad Dadgostari
lolincro@msn.com
215 South Festival Drive
# 207
Anaheim Hills, CA 92808
714-747-3503

Plaintiff in Pro Per

# THE UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javad Dadgostari )<br><br>Plaintiff, Pro Per )<br>v. )<br> )<br>Robey Azadpour; )<br>Ezad (aka "Izad") Azadpour; )<br>Ladan G. Jahanpasand; AND )<br>Abolfateh (aka "Amir") Marand )<br> )<br>Jointly and Severally, )<br> )<br>Defendants. )<br> ) | Case No.: 8:23-cv-02217-CJC-(JDEx)<br>Judge: Hon. Cormac Carney<br><br>**NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT BY COURT**<br><br>Date: April 12, 2024<br>Courtroom 9 B |

# NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT BY COURT

The Honorable Judge Cormac Carney:

I apologize to the Court for the erroneous assumption that the 21-day deadline commences subsequent to filing the proof of service. It was premised on the inherently occasional, unavoidable mishaps by the USPS when the server can learn about the out-of-state service date only upon receiving it by mail.

I am ineffably appreciative of this opportunity granted to me.

## Declaration of plaintiff

I, Javad Dadgostari, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.

2. The summons and complaint were filed on November 28, 2023.

3. Owing to the lost mail by the Fairfax, Virginia USPS, Plaintiff received a 30-day extension, which extended the deadline to March 26, 2024.

4. Defendant Abolfateh (aka "Amir") Marand) was served with a copy of the summons and complaint on January 31, 2024, as reflected on the docket sheet.

5. Defendants Robey Azadpour AND Ezad (aka "Izad") Azadpour were each served with a copy of the summons and complaint on February 14, 2024, as reflected on the docket sheet.

6. The three Defendants are represented by
LAW OFFICES OF JUSTIN J. SHRENGER
4601 Wilshire Boulevard, Suite 240
Los Angeles, California 90010-3883
Telephone: (213) 625-8886
Facsimile: (213) 625-1388
E-Mail: mail@shrenger.com

7. As evidenced by the proof of service on file with this court, the above-named defendants were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on dates mentioned in Paragraphs 4 and 5.

8. An answer to the complaint was due on March 6, 2024, and has expired.

9. Under Rule 12, Defendants/their counsel have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

10. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

11. Plaintiff requests that the Clerk of the Court enter Entry of Default against Defendants as provided by Rule 55 of the Federal Rules of Civil Procedure, following Defendants'/their counsel's failure to plead or otherwise defend against this action in a timely manner.

I, Javad Dadgostari, do hereby certify that the statements and allegations set forth in the foregoing are true and accurate to the best of our knowledge and belief.

I hereby certify that I filed the foregoing, on April 12, 2024, with the Clerk of the Court, which will send notification of such document(s) to the Electronic Service List for the case.

*[signature: Javad Dadgostari]*

Respectfully submitted,                                    Dated: April 12, 2024

Javad Dadgostari
Plaintiff, Pro Se
Dadgostari v. Azadpour
Case # **8:23-cv-02217-CJC-(JDEx)**
215 S. Festival Dr.
Unit # 207
Anaheim Hills, CA 92808
Tel: 714-747-3503
Email: lolincro@msn.com