LAW OFFICES OF JUSTIN J. SHRENGER
Justin J. Shrenger (State Bar No. 151252)
4601 Wilshire Boulevard, Suite 240
Los Angeles, California 90010-3883
Telephone: (213) 625-8886
Facsimile:  (213) 625-1388
E-Mail:    mail@shrenger.com

Attorneys for defendants Robey Azadpour, Izad Azadpour, and Abolfateh Marand

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD DADGOSTARI,<br><br>                 Plaintiff,<br><br>        v.<br><br>ROBEY AZADPOUR; EZAD (aka "IZAD") AZADPOUR; LADAN G. JAHANPASAND; and ABOLFATEH (aka "AMIR") MARAND,<br><br>                 Defendants. | CASE NO.  8:23-cv-02217-CJC-(JDEx)<br><br>DECLARATION OF JUSTIN J. SHRENGER RE: STATUS OF PROSECUTION OF CASE AND TIMING OF DEFENDANTS' RESPONSIVE PLEADINGS |

I, Justin J. Shrenger, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California. I am the owner of the Law Offices of Justin J. Shrenger, APC, counsel of record for the defendants herein Robey Azadpour, Izad Azadpour, and Abolfateh Marand (collectively, "Defendants"). Unless otherwise stated, I have personal, first-hand knowledge of the following facts and if called upon to do so, could and would testify competently thereto.

2. I do not intend to argue the matter, but the Court needs to be aware of the foregoing to understand why we are where we are in this case. This is a diversity Action seeking damages for alienation of affection and other claims for relief that have been abrogated by Statute in California.

3. This same Action was previously brought before the California Superior Court in and for the County of Orange. The Court therein, Judge Nico Dourbetas, Judge Presiding, quashed service of summons and complaint finding that no personal jurisdiction over the Defendants existed. The plaintiff neither sought reconsideration of such ruling nor appealed the ruling to the California Court of Appeal, and the time for doing either of the foregoing has long since passed.

4. I have been in touch with plaintiff Javad Dadgostari ("Plaintiff") who is representing himself in this Action. I have explained to Plaintiff that in the opinion of the undersigned, these claims for relief cannot be brought before this honorable Court, and I have told him that unless he voluntarily dismisses this Action, the Defendants will seek substantial sanctions.

5. I have also explained to the Plaintiff that obviously I am not his counsel and cannot purport to give him legal advice, and that he cannot rely upon any opinion of mine since I am ethically bound to represent only his opponents in litigation. I have asked that Plaintiff consult with independent attorneys who can represent his interests to give their opinion as to the assertions that I have made

to Plaintiff and assist him in the determination of whether his action is tenable or not.

6. Plaintiff represented to me yesterday, April 14, 2024, that he needs an additional three weeks to complete his independent analysis of the issues that I have brought to his attention. For such reason, I respectfully request that the Court not set an Order to Show Cause why this case should not be dismissed for failure to prosecute and/or why sanctions should not be imposed upon Defendants for failure to plead in response to the Complaint until the second week of May at the earliest.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. Executed this, the 15th day of April, 2024, in Los Angeles, California.

                                                   /s/
                                    Justin J. Shrenger

1       I certify that on April 15, 2024 I electronically filed the foregoing document
2 using the CM/ECF system.

4 Dated: April 15, 2024                  /s/
                                                 Justin J. Shrenger

*PROOF OF SERVICE*