LAW OFFICES OF JUSTIN J. SHRENGER
Justin J. Shrenger (State Bar No. 151252)
4601 Wilshire Boulevard, Suite 240
Los Angeles, California 90010-3883
Telephone: (213) 625-8886
Facsimile:  (213) 625-1388
E-Mail:     mail@shrenger.com

Attorneys for defendants Robey Azadpour, Izad Azadpour and Abolfateh Marand

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD DADGOSTARI,<br><br>Plaintiff,<br><br>v.<br><br>ROBEY AZADPOUR; EZAD (aka "IZAD") AZADPOUR; LADAN G. JAHANPASAND; and ABOLFATEH (aka "AMIR") MARAND,<br><br>Defendants. | CASE NO.  8:23-cv-02217-CJC-(JDEx)<br><br>*[Case Assigned for all purposes to The Hon. Cormac J. Carney]*<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISIDCTION PURSUANT TO RULE 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>Date:         June 10, 2024<br>Time:         1:30 P.M.<br>Courtroom:    9B |

*REQUEST FOR JUDICIAL NOTICE*

TO THIS HONORABLE COURT AND PLAINTIFF IN PROPIA PERSONA:

PLEASE TAKE NOTICE that defendants Robey Azadpour, Izad Azadpour and Amir Marand hereby request that this Honorable Court take Judicial Notice of the attached documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. Notice of Ruling on Motion to Quash Service of Summons and Motion to Dismiss for Forum Non Conveniens dated and filed April 4, 2023 in *Dadgostari v. Azadpour, et al.*, Orange County Superior Court Case No. 30-2022-0128220-CU-FR-CJC;

2. [Proposed] Order on MC-010 Request for Costs dated and filed May 11, 2023 in *Dadgostari v. Azadpour, et al.*, Orange County Superior Court Case No. 30-2022-0128220-CU-FR-CJC; and

3. Request for Dismissal dated and filed May 5, 2023 in *Dadgostari v. Azadpour, et al.*, Orange County Superior Court Case No. 30-2022-0128220-CU-FR-CJC

## LEGAL STANDARD

Rule 201 of the Federal Rules of Evidence authorizes this Court to take judicial notice of the attached document. The Court may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue. *United States ex rel. Robinson Rancheria Citizens Council v. Borneo*, 971 F.2d 244, 248 (9th Cir. 1992) (collecting cases).

Dated: April 15, 2024

Respectfully submitted,

LAW OFFICES OF JUSTIN J. SHRENGER

By /s/
Justin J. Shrenger
Attorneys for defendants Robey Azadpour, Izad Azadpour and Abolfateh Marand

1 |      I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF system.

Dated: April 15, 2024                          /s/
                                                      Justin J. Shrenger

*PROOF OF SERVICE*