Electronically Filed by Superior Court of California, County of Orange, 05/11/2023 03:20:00 PM.
Case 8:23-cv-02217-CJC-JDE Document 41-2 Filed 04/15/24 Page 1 of 2 Page ID #:251
30-2022-01282204-CU-PR-CJC - ROA # 113 - DAVID H. YAMASAKI, Clerk of the Court By A. Lo, Deputy Clerk.

1 ANAHITA HASHEMINEJAD, ESQ., SBN 239688
Law Office of Anahita Hasheminejad, PLC
2 4630 Campus Drive, Suite 208
Newport Beach, CA  92660
3 Telephone: (949) 260-8420
Facsimile:  (888) 421-2230
4

5 Attorney for Defendants Robey Azadpour, Izad Azadpour, Abolfath Marand

6

7 **SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF ORANGE**
8

9

10 Javad Dadgostari, an individual,          Case No.: 30-2022-01282204
                                           Judge:  Hon. Nico Dourbetas
11          Plaintiff, Pro Se

12

13
           vs.
14                                         ~~PROPOSED~~ **ORDER ON MC-010 REQUEST**
                                           **FOR COSTS**
15 Robey Azadpour, Ezad (Izad) Azadpour,
Ladan Ghalfarzadeh Jahanpasand,
16 Abolfateh (aka "Amir") Marand,

17 Jointly and Severally

18          Defendants.

19

20

21

22          On the Memorandum of Costs, Judicial Council form MC-010 filed on April 11, 2023

23 by defendants Robey Azadpour, Izad Azadpour, Abolfath Marand (Defendants),  the Court has

24 reviewed the costs requested by Defendants.  The Court finds that Defendants are the prevailing

25 party pursuant to Code of Civil Procedure section 1032(a)(4) because the case was dismissed by

26 Plaintiff in Defendants' favor, and the Court ruled in favor of Defendants on Defendants'

27 Motion to Quash Service of Summons.

28

1

THEREFORE, IT IS ORDERED THAT:  Defendants are entitled to recover costs

2

pursuant to Code of Civil Procedure section 1032(b).  The Court grants the Defendants' request

3

for costs.  Plaintiff Javad Dadgostari is ordered to pay $1,638.40 to Defendants Robey

4

Azadpour, Izad Azadpour, Abolfath Marand jointly.

5

6

Date: **May 11, 2023**

7

Judge Nico Dourbetas
of the Superior Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on MC-010                    Page 2                    (30-2022-01282204)