**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 23-02217-CJC (JDEx)            Date: May 13, 2024

Title: <u>JAVAD DADGOSTARI v. ROBEY AZADPOUR, *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Rolls Royce Paschal</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING MOTION HEARING**

       Before the Court are three motions currently set for hearing on Monday, June 10, 2024: (1) a motion to dismiss for lack of personal jurisdiction, (Dkt. 37), a motion to request a change of venue, (Dkt. 44), and a motion for sanctions, (Dkt. 46). However, the Court is retiring effective Friday, May 31, 2024, and the Clerk will randomly reassign this case to a new judge on or about Monday, June 3, 2024. To allow the newly assigned judge time to review the materials associated with the pending motions, the Court **CONTINUES** the hearing on the motions to **July 15, 2024, at 1:30 p.m.** Notwithstanding the new hearing date, deadlines for the parties' briefing based on the previous hearing date remain the same.

cb

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk RRP