UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD DADGOSTARI,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBEY AZADPOUR; EZAD (aka "IZAD") AZADPOUR; LADAN G. JAHANPASAND; and ABOLFATEH (aka "AMIR") MARAND,<br><br>       Defendants. | CASE NO.  8:23-cv-02217-JLS-JDE<br><br>JUDGMENT |

Having granted Defendants' motion to dismiss for lack of personal jurisdiction (Doc. 69), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    Judgment shall be, and hereby is entered against Plaintiff Javad Dadgostari and in favor of Defendants Robey Azadpour, Izad Azadpour, and Amir Marand;

2.    Plaintiff shall take nothing by way of the Complaint filed herein; and

3.    Defendants may apply to the Clerk to tax eligible costs.  L.R. 54.

Dated:  July 16, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE